IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00100-EWN-MJW

ATLANDIA IMPORTS, INC., d/b/a ICELANDIC DESIGN, a Colorado corporation,

Plaintiff(s),

v.

ALPS SPORTSWEAR,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Plaintiff's Motion to Vacate Settlement Conference (docket no. 17) is GRANTED finding good cause shown. The Settlement Conference set on June 19, 2006, at 10:30 a.m. before Magistrate Judge Watanabe is VACATED.

It is FURTHER ORDERED that the parties shall submit their stipulation for dismissal with the court on or before June 28, 2006, or show cause why this case should not be dismissed.

Date:  June 13, 2006