IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 06-CV-00100-EWN-MJW

ATLANDIA IMPORTS, INC. d/b/a ICELANDIC DESIGN, a Colorado corporation,

    Plaintiff,

v.

ALPS SPORTSWEAR

    Defendant.

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff Atlandia Imports, Inc. d/b/a Icelandic Design ("Icelandic"), by and through its undersigned attorneys, and Defendant Alps Sportswear, by and through its undersigned attorneys, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal, with prejudice, of Plaintiff's Complaint against Defendant herein, with each party to bear its own costs and attorneys' fees.

Dated this 28th day of June, 2006.

| | |
|---|---|
| **Sander Ingebretsen & Parish, P.C.** | **Dorsey & Whitney, L.L.P.** |
| By:  S/ Richard Sander<br>Richard G. Sander<br>Daniel E. Rohner<br>633 17th Street, Suite 1900<br>Denver, CO 80202<br>Telephone: (303) 592-5164<br>Attorneys for Plaintiff | By:  S/ Scott P. Sinor<br>Tucker Trautman<br>Scott P. Sinor<br>Republic Plaza Building, Suite 4700<br>370 17th Street<br>Denver, Colorado 80202-5647<br>(303) 629-3400<br>Attorney for Defendant |