**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 06-cv-00100-EWN-MJW

ATLANDIA IMPORTS, INC. d/b/a ICELANDIC DESIGN, a Colorado corporation,

    Plaintiff,

v.

ALPS SPORTSWEAR

    Defendant.

**ORDER REGARDING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

THIS MATTER, having come before the Court on the parties' Stipulated Motion for Dismissal with Prejudice, and the Court being fully advised, GRANTS the parties' Motion to Dismiss With Prejudice, with each party to bear its own attorney's fees and costs.

DATED: June 29, 2006.

                        BY THE COURT:

                        s/ Edward W. Nottingham
                        United States District Judge